Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
**Middle** District of **Louisiana**
_____ Division

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JAN 30 2025
CLERK

Plaintiff(s): **John and Jim Doe by and thru H**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): **National Collegiate Athletic Association (NCAA)**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: **John and Jim Doe by and thru H**
- Street Address: **c/o 60 "O" Street NW**
- City and County:
- State and Zip Code: **Washington D.C. 20001**
- Telephone Number:
- E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Case 3:25-cv-00092-BAJ-RLB   Document 1   01/30/25   Page 2 of 10

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: **National Collegiate Athletic Association (NCAA)**
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C 1, et., seq.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Jim Doe, is a citizen of the State of *(name)* (alleged) Pennsylvania.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

b. If the defendant is a corporation

The defendant, (name) National Collegiate Athletic Association (NCAA), is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) John Doe should not be penalized for choosing the 'commodity' of education for three years before obtaining medical clearance and commencing in sport.

2.) Jim Doe should not be charged out of state fees, and he should not be purged from Law School.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Respectfully, the NCAA should be enjoined from denying S two years of eligibility and L's law school should be enjoined from charging him as an out of state student and he should recieve damage award.

Page 4 of 5

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  1/30/2025

Signature of Plaintiff    *Please see page 4*
Printed Name of Plaintiff    *H. Living on the Land*

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

UNITED STATES MIDDLE DISTRICT COURT OF LOUISIANA

John and Jim Doe by and thru H : No.
                                        Civil Equity
      v

National Collegiate Athletic Association (NCAA)

## DECLARATORY JUDGEMENT FOR PRELIMINARY AND PERMANENT INJUNCTION PURSUANT TO THE TENTH AMENDMENT WITH MOTION FOR TEMPORARY RESTRAINING ORDER AND PERMENANT INJUNCTION

AND NOW, comes H, dba under a different name on behalf of, with, and for unnamed sons so as to not tarnish otherwise good to excellent reputations as men first, students, and student-athletes in ensuing order before this Honorable Court as both currently reside in the Middle District of Louisiana (for over a year with one declaring domicile after 1 year both having had Louisiana taxes withheld by their employer) and both obtain post graduate education to further aver and state understanding penalties associated with false statements that **I declared bankruptcy in 2023 before it was dismissed without prejudice (emphasis added for immediate filing and case assignment even if payment must be made later) as my sons are students,** and I am providing a copy by email to named defendant thru cbaker@ncaa.org as follows:

This is a Tenth Amendment submission for I am a man and part of "the people" free to be "H" and announce it to all. **Kindly present to a jurist for determination of in forma pauperis.**

Given the seeming complexity of the case and the two cases cited below, the likelihood of success is definitive as the NCAA has already announced considering changing the rule but will it be in time for John and Jim Doe currently enrolled in graduate programs. This submission also touches upon recent litigation of <u>Wade v. NCAA</u> No. 2:24-cv-196 out of the Southern District of Mississippi with a ruling on December 23, 2024 (Wade hereinafter) and incorporates by reference here the arguments and basis to all extents relevant and applicable as if more fully incorporated herein. Additionally, per a story by Zack Geoghegan perhaps following a pronouncement by Jon Rothstein that pursuant to an NCAA official there is consideration about changing the 4 year rule to a 5 year rule and specifically noting that already certain athletes (likely in more profitable sports of football and basketball) already get 5, 6 and even 7 of collegiate years of eligibility after high school <u>NCAA reportedly considering allowing five years of college eligibility for all sports</u> (<u>NCAA reportedly considering allowing five years of college eligibility for all sports</u>). This may well be due to <u>Pavia v. NCAA</u> 3024-cv-1336 out of the Middle District in Tennessee, December 18, 2024 (Pavia hereinafter).

**Kindly allow a jurist to decide, this filing comes after a bankruptcy filing that was dismissed without prejudice and filing my re-occur if a foreclosing bank notices a Sherriff's sale following the apparent stay imposed by the Veteran's Administration.** Emphasis added as my ability to put the necessary motions together like in Wade and Pavia is lacking. This submission currently focuses upon John (also S or son) who lives with Jim (also L or son) in Louisiana and L has declared his domicile in Louisiana.

As indicated both live in the middle district of Louisiana, attend post graduate school and this filing is by H to avoid sullying their names and otherwise upstanding reputations given that their

name, image, and likeness and potential increased payment/income is due to track and field exploits before and since coming to Louisiana. Track and field fail to make the news like the other higher profiled sports now reaching millions for name, image, likeness. **They are both adults notwithstanding the tax code differentiating payments and the insurance company's dictating who pays for what despite being adults (causing S undue implications). Hence, I will need time to develop the arguments as (a) a lawyer cannot be hired (b) one step from filing for bankruptcy protection again (c) my post traumatic brain injury essentially forcing me from the workplace ten years ago means this submission has taken two days to reach just this point).**

Notwithstanding the bolded section the temporary restraining order is necessary based upon the indoor season from which S has been deemed to be ineligible with a meet next week and more importantly an indoor season conference championship next month (getting points or even a podium finish will enhance those seeking private coaching revenue given the level of expertise exhibited). Thus, based on the current rule simply because he attended college while injured on a full academic ride providing him with room and board whereat he had to maintain a 3.2 grade point average he is only granted a 6th year of outdoor season eligibility. His inability to obtain the 6th and even 7th year of eligibility is because he/we can only afford this submission to this Honorable Court. **Notwithstanding, following surgery and added recovery due to a COVID year his injury had been cleared by his local surgeon and subsequently by a team doctor from Texas and athletic staff to participate in his senior year of college. Thus, he had only competed one year in undergraduate indoor and outdoor and one year in post graduate indoor and outdoor. S should get 2 more years of indoor immediately like he has 1 already of outdoor he should get 2 more especially if (1) others have gotten 7 years as reported and (2) the NCAA is reportedly considering changing the 4-year rule to a 5-year rule.**

<u>The above is emphasized because choosing the *commodity* of education as mans of sustenance should not effect his eligibility after 3 years of sustenance through his academic abilities until he was cleared by his doctor and that of the team doctor. His eligibility began with his election to participate in track and field (albeit following injury).</u>

S graduated in 2019 and was finally cleared first by his surgeon in August 2021 and then by his undergraduate team in 2022 before graduating with a 4.0 in 2023 he competed indoor and outdoor). He competed in 2024 (indoor and outdoor) and now 2025 is upon us with a track meet next week. S should not be punished athletically because he took the offer of a full scholarship, room and board at a 4-year school while not participating for an athletic team. See Wade and Pavia. See also <u>Sophomore J.R. Smith Navigates Life as a N.C. A&T Student in Prime Video Docuseries</u> (<u>Sophomore J.R. Smith Navigates Life as a N.C. A&T Student in Prime Video Docuseries</u>) about a professional basketball player retiring and then attending college with 4 years of eligibility to play golf. There is little difference when a young man goes to college on an full academic scholarship and only participating in a sport his final year when even a 2.0 will not affect his grade point average causing a loss of scholarship.

It is my respectful contention that 15 USC 1, 13, 15, 26, and perhaps others, has a role in this matter to include L who moved to Louisiana (1) to build a relationship with his brother (previously broken by failing to obey me) and (2) share with his brother competing in track and field to increase upon name, image, and likeness as he is currently charged as an out of state student despite meeting the Louisiana Code definition to declare domicile. He will return to state

Pg. 2

court immediately. However, does this present a federal question or does it become diversity of citizenship when a educational facility charging at the out of state tuition rate?

L came to Louisiana based upon name image and likeness, ie, he enrolled in an online program while competing athletically and living with his brother, S having joined him to rebuild a broken relationship. After having been accepted elsewhere into Law School, he also enrolled in Law School with both begetting the questions:

A) With due consideration to 15 USC 1, et. seq., should S be penalized (discriminated against) or allowed 4 years of eligibility because while injured, his academic excellence in high school (name image and likeness) allowed him to attend college in another state on a full academic scholarship with no assessment increasing the amount of tuition (or any increase was part of the scholarship award as he was awarded room, board, and tuition or waiver of tuition) provided he maintain a 3.2 GPA until he was cleared to physically compete in track and field his senior year (when receipt of a 2.0 minimum for all athletes he would still have or exceed 3.2 having maintained a 4.0 GPA for 3 years) (Should the NCAA curtail and eliminate all 4 years of eligibility because a student, injured in high school, chose the 'commodity' of education for three years before obtaining medical clearance and commencing sport)?

Suggested answer: No, he should not be penalized and discriminated against when others get 5, 6, and reportedly 7 years of athletic eligibility and he should be allowed 4 years of eligibility or two more years beginning with his indoor season that will commence its next competition within days (as the first has already passed).

B) Again, with due consideration of 15 USC 1, et. seq., should L, who is domiciled in Louisiana in accordance with the Louisiana Code, dual enrolled online in a master's program and on scholarship for athletic excellence (name, image, likeness) while also enrolled, on a partial scholarship and obtaining federal loan money to obtain his Juris Docter; be required to pay additional out of state tuition fees and take on further indebtedness as mandated by the law school or be purged from all classes without refund? (Is school policy in line with anti-trust and other laws while establishing diversity jurisdiction in the process when a graduate student chooses to take education in exchange for his name, image, and likeness along with his brother and then commencing law school)?

Suggested answer: No, he should not be charged out of state tuition fees, and he should not be purged from Law School.

For the reasons stated above and meeting the 4 requisites in Wade, the NCAA should be enjoined from denying S two years of eligibility or all 4 years of eligibility since he has used 2 years (as

Pg.3

he is currently in a 3 year graduate program with half completed) and L's law school should be enjoined from charging him as an out of state student and he should receive a damage award.

Wherefore an immediate hearing is necessary as the NCAA has been dragging its heels given that track and field barely makes the news outside of Olympic seasons and preliminary injunction should ensue awarding S all four years of eligibility (or two remaining years indoor and outdoor as he has another year for his 3-year program with the indoor conference championship is next month. Further, L should be allowed to continue his juris doctorate at the in-state tuition rate.

_____
H (dba differently and by and on behalf of Sons)
Living on the Land
C.O 60 "O" Street NW
Washington, DC 20001

Pg.4

UNITED STATES MIDDLE DISTRICT COURT OF LOUISIANA

John and Jim Doe by and thru H    :    No.
       v                                          Civil Equity

National Collegiate Athletic Association (NCAA)

## ORDER

And Now, this _____ day of January 2025, pursuant to the captioned filing the NCAA is temporarily restrained from preventing said athlete S from competing for his school pending hearing on a preliminary and permanent injunction on the _____ day of January 2025.

By way of further order, L be refunded all fees and the first semester of law school shall remain part of any official transcript including the GPA pending a hearing on damages.

                                                                  _____    J.

Pg.5