**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LANCE HAMILTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-92-BAJ-RLB** |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | |

**ORDER**

This matter is before the Court on an Amended Complaint filed by Plaintiff Lance Hamilton on June 2, 2025. (R. Doc. 14). There is no indication that summons have been requested by plaintiff. Therefore,

Plaintiff is reminded that he is responsible for the request for issuance of summons and service of summons on the defendants in accordance with Fed. R. Civ. P. 4. Plaintiff shall serve the defendants within 90 days of the date of this Order. Failure to serve the defendants will result in an order to show cause as to why the claims against defendants should not be dismissed under Rule 4(l) and (m) of the Federal Rules of Civil Procedure for lack of service and/or proof of service.

Signed in Baton Rouge, Louisiana, on October 27, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**