## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

STANLEY HAMILTON, ET AL.                          CIVIL ACTION

VERSUS

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, ET AL.            NO. 25-00092-BAJ-RLB

### RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 17, the "Report")**, recommending that the Court grant Plaintiff's Motion to Withdraw (Doc. 16)—which the Court interprets as a motion seeking a court order allowing for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2)—and dismiss this action without prejudice. There are no objections to the Report.

Having carefully considered Plaintiff's Motion to Withdraw and the Report, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Withdraw is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 2nd day of March, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**